IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01088-WJM-MEH

LAWRENCE J. CURL, individually, and
LAWRENCE J. CURL, on behalf of minor child M.C.,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2011.**

      Before the Court is a "Certificate of Review and Jury Demand and Motion to Stay or Compel Arbitration" filed by the Plaintiffs in this matter [filed September 16, 2011; docket #12]. To the extent this document has been construed as a motion, the motion is **denied without prejudice.** To ensure efficiency and control of the Court's docket, the Court directs the Plaintiffs to file any certificates, demands, motions or other documents in separate papers. *See, e.g.,* D.C. Colo. LCivR 7.1C ("[a] motion shall be made in a separate paper.").

      In addition, the Court notes that Plaintiffs appear to seek a continuance of the Scheduling Conference in this case by citing state law, Colo. Rev. Stat. § 13-22-207, concerning motions to compel or stay arbitration. If the Plaintiffs choose to re-file a motion (in a separate paper) seeking continuance of the Scheduling Conference, they must do so in accordance with federal and local court rules.