IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01088-WJM-MEH

LAWRENCE J. CURL, individually, and
LAWRENCE J. CURL, on behalf of minor child M.C.,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 3, 2012.**

The Joint Motion to Modify Scheduling Order [filed May 2, 2012; docket #28] is **granted in part and denied in part**. On April 2, 2012, this Court asserted that it would grant no further extension of the pre-trial deadlines absent a showing of exceptional cause. While the parties' lack of receipt of key medical records from Memorial Hospital may constitute exceptional cause, their request for a 60-day extension of time does not, particularly considering the parties' statement that "the records will be produced soon." Therefore, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Plaintiff's expert disclosure: | June 8, 2012 |
| Defendant's expert disclosure: | July 9, 2012 |
| Rebuttal expert disclosure: | August 8, 2012 |
| Discovery cutoff: | September 10, 2012 |
| Dispositive motions deadline: | October 8, 2012 |

The Court will grant no further extension of these deadlines absent a showing of exceptional cause.

In addition, to allow sufficient time for the District Court to consider any dispositive motions filed, the Final Pretrial Conference currently scheduled for November 9, 2012 is **vacated and rescheduled** to **December 6, 2012 at 9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial

order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [http://www.cod.uscourts.gov/Forms.aspx](http://www.cod.uscourts.gov/Forms.aspx). Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.