IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01088-WJM-MEH

LAWRENCE J. CURL, individually, and
LAWRENCE J. CURL, on behalf of minor child M.C.,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2012**.

      The Joint Motion for Entry of Protective Order [filed September 7, 2012; docket #37] is **granted**. The parties' proposed Protective Order is approved, accepted and filed contemporaneously with this minute order.