**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01088-WJM-MEH

LAWRENCE J. CURL, and
LAWRENCE J. CURL on behalf of a minor child M.C.

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF RECUSAL

This matter comes before the Court on the Notice filed in this case by Defendant United States of America. (ECF No. 83). The contents of the Notice are substantially the same as the contents of a comparable Notice filed by the United States in *Basanti v. Metcalf, et al.,* Civil Case No. 11-cv-2765 (D. Colo.).

The Court hereby adopts its reasoning and discussion set forth in its Order of Recusal entered earlier today in the *Basanti* case. (ECF No. 127). Applying that analysis to the facts and circumstances of this case, the Court holds that its impartiality in this case might reasonably be questioned by an objective observer. *United States v. Gigax*, 605 F.2d 507, 511 (10th Cir. 1979), *overruled on other grounds by United States v. Lang*, 364 F.3d 1210, 1216 (10th Cir. 2004) (When considering disqualification in any case, the facts are to be "evaluated from the viewpoint of an objective reasonable observer.").

It is therefore ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

Dated this 5th day of April, 2013.

BY THE COURT:

William J. Martínez
United States District Judge